IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Eugene Cheng-Chie Hu – #130282

_____/

No. C 13-80185 WHA

**ORDER OF SUSPENSION**

    Because Eugene Hu has failed to respond to the order to show cause, Mr. Hu's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE